JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY L. McAFEE, | ) | Case No. EDCV 11-0652-DOC (DTB) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 22, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1